UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONCRETE CAPITAL, LLC,

                    Appellant,

      v.

OLYMPIC PROPERTY PARTNERS, LLC,

                  Appellee.

16-cv-01646-KMK

---

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

        Pursuant to Federal Rule of Civil Procedure 7.1, appellant Concrete Capital, LLC, by its undersigned counsel, hereby certifies that it has no corporate parent and that there are no publicly held corporations that own 10% or more of its stock.

Dated: New York, New York
       April 4, 2016

                         **PICK & ZABICKI LLP**
                         Counsel to Appellant

               By:             
                         Douglas J. Pick, Esq.
                         Eric C. Zabicki, Esq.
                         369 Lexington Avenue, 12th Floor
                         New York, New York 10017
                         (212) 695-6000